IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00093-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROSE M. HORNE,

       Defendant.

## NOTICE OF DISPOSITION

The defendant, Rose M. Horne ("Ms. Horne"), by and through undersigned counsel, David E. Johnson, hereby notifies this Court that a disposition has been reached in her case with the government.   Ms. Horne would request a change of plea hearing for the court to consider the proposed plea agreement

                                  Respectfully submitted,

                                  VIRGINIA L. GRADY
                                  Federal Public Defender

                                  s/ David E. Johnson
                                  DAVID E. JOHNSON
                                  Assistant Federal Public Defender
                                  633 17th Street, Suite 1000
                                  Denver, CO  80202
                                  Telephone:  (303) 294-7002
                                  FAX:  (303) 294-1192
                                  David_johnson@fd.org
                                  Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, I filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Pegeen D. Rhyne, Assistant United States Attorney
E-mail:  pegeen.rhyne@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Rose M. Horne (via U.S. mail)
Reg. No. 26321-111

                                          s/ David E, Johnson
                                          DAVID E. JOHNSON
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          David_johnson@fd.org
                                          Attorney for Defendant